# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PA. DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Lee Drummer <br> <u>Debtor</u> | CHAPTER 13 <br><br> BKY. NO. 18-12900 ELF |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of PNC BANK NATIONAL ASSOCIATION and index same on the master mailing list.

                          Respectfully submitted,

                        **/s/ Kevin G. McDonald, Esquire**
                        Kevin G. McDonald, Esquire
                        KML Law Group, P.C.
                        701 Market Street, Suite 5000
                        Philadelphia, PA 19106-1532
                        (215) 627-1322 FAX (215) 627-7734