# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 18-12900-ELF

LEE DRUMMER

2741 N. CROSKEY STREET

PHILADELPHIA, PA 19132

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    LEE DRUMMER

    2741 N. CROSKEY STREET

    PHILADELPHIA, PA 19132

Counsel for debtor(s), by electronic notice only.

    MAGGIE S. SOBOLESKI
    CENTER CITY LAW OFFICES LLC
    2705 BAINBRIDGE STREET
    PHILADELPHIA, PA 19146-

Date: 7/12/2018

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee