# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                      Chapter 13

                      Bankruptcy No. 18-12900-ELF

LEE  DRUMMER

2741 N. CROSKEY STREET

PHILADELPHIA, PA 19132

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    LEE  DRUMMER

    2741 N. CROSKEY STREET

    PHILADELPHIA, PA 19132

**Counsel for debtor(s), by electronic notice only.**
    MAGGIE S. SOBOLESKI
    CENTER CITY LAW OFFICES LLC
    2705 BAINBRIDGE STREET
    PHILADELPHIA, PA 19146-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

                                    /s/ William C. Miller

Date: 8/1/2018

                                    _____
                                    William C. Miller, Esquire
                                    Chapter 13 Standing Trustee