United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Lee Drummer  
    Debtor

Case No. 18-12900-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: Antoinett    Page 1 of 2    Date Rcvd: Aug 15, 2018  
Form ID: pdf900    Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 17, 2018.

```
db            +Lee Drummer,    2741 N. Croskey Street,    Philadelphia, PA 19132-3225
14104532      +AQUA FINANCE,    P.O. BOX 844,    Wausau, WI 54402-0844
14104535     #+MICHAEL BOLAND, ESQ.,    1324 LOCUST STREET,   #1602,    Philadelphia, PA 19107-5706
14104536      +ONE MAIN,    100 INTERNATIONAL DRIVE,    Baltimore, MD 21202-4784
14104537       PHILADELPHIA COUNTY,    DOMESTIC RELATIONS SECTION,    Philadelphia, PA 19107
14104538      +PNC BANK,    2730 LIBERTY AVE,    Pittsburgh, PA 15222-4747
14166378      +PNC Bank, N.A.,    P.O. Box 94982,    Cleveland, OH 44101-4982
14123718      +Philadelphia Gas Works,    800 W Montgomery Avenue,    Philadelphia Pa 19122-2898,
                Attn: Bankruptcy Dept 3F
14104539      +US BANK TRUST NATIONAL ASSOCIATION,    819 S. WABASH STREET,    Chicago, IL 60605-2188
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg            E-mail/Text: megan.harper@phila.gov Aug 16 2018 02:03:05     City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 16 2018 02:02:45
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 16 2018 02:03:00     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr            +E-mail/PDF: gecsedi@recoverycorp.com Aug 16 2018 01:58:33     Synchrony Bank,
                c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14104533       E-mail/Text: mrdiscen@discover.com Aug 16 2018 02:02:34     DISCOVER BANK,    P.O.BOX 15316,
                Wilmington, DE 19850
14105440       E-mail/Text: mrdiscen@discover.com Aug 16 2018 02:02:34     Discover Bank,
                Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
14128991       E-mail/PDF: resurgentbknotifications@resurgent.com Aug 16 2018 02:14:18
                LVNV Funding, LLC its successors and assigns as,     assignee of Capital One Bank (USA), N.A.,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14128667       E-mail/Text: bkr@cardworks.com Aug 16 2018 02:02:31     MERRICK BANK,
                Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
14104534      +E-mail/Text: bkr@cardworks.com Aug 16 2018 02:02:31     MERRICK BANK CORP,    P.O. BOX 9201,
                Old Bethpage, NY 11804-9001
14108843      +E-mail/Text: bankruptcydpt@mcmcg.com Aug 16 2018 02:02:53     MIDLAND FUNDING LLC,
                PO Box 2011,    Warren, MI 48090-2011
14159837       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 16 2018 02:14:18
                Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14100877      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 16 2018 01:58:36
                PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14124915       E-mail/Text: bnc-quantum@quantum3group.com Aug 16 2018 02:02:42
                Quantum3 Group LLC as agent for,    Aqua Finance,    PO Box 788,    Kirkland, WA  98083-0788
14160992      +E-mail/Text: bknotices@snsc.com Aug 16 2018 02:03:20
                U.S. Bank Trust National Association, et al,    c/o SN Servicing Corporation,    323 5th Street,
                Eureka, CA 95501-0305
                                                                                               TOTAL: 14
```

     ***** BYPASSED RECIPIENTS *****  
NONE.                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 17, 2018                                        Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: Antoinett           Page 2 of 2            Date Rcvd: Aug 15, 2018
                              Form ID: pdf900           Total Noticed: 23
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 15, 2018 at the address(es) listed below:
              KEVIN G. MCDONALD    on behalf of Creditor   PNC Bank National Association bkgroup@kmllawgroup.com
              MAGGIE S SOBOLESKI    on behalf of Debtor Lee  Drummer msoboles@yahoo.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                            TOTAL: 4
```

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| LEE DRUMMER | Chapter 13 |
| Debtor | Bankruptcy No. 18-12900-ELF |

**Order Dismissing Chapter 13 Case and**
**Directing Counsel to File Master Mailing List**

**AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

**Date: August 15, 2018**

_____
Eric L. Frank
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
MAGGIE S. SOBOLESKI
CENTER CITY LAW OFFICES LLC
2705 BAINBRIDGE STREET
PHILADELPHIA, PA 19146-

Debtor:
LEE  DRUMMER

2741 N. CROSKEY STREET

PHILADELPHIA, PA 19132